**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| William Ivy Pickens, Jr., | No. CV-24-00321-PHX-ROS |
| Petitioner, | **ORDER** |
| v. | |
| Ryan Thornell, et al., | |
| Respondents. | |

On July 19, 2024, Magistrate Judge John Z. Boyle filed a Report and Recommendation ("R&R") concluding Petitioner William Ivy Pickens, Jr.'s petition for writ of habeas corpus was untimely by several years and statutory and equitable tolling are not merited. (Doc. 17). Petitioner failed to object to the R&R. Therefore, the R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the R&R (Doc. 17) is **ADOPTED IN FULL**. The petition for writ of habeas corpus (Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**. The Clerk of Court shall enter judgment in favor of Respondents and close this case.

…

…

…

…

…

**IT IS FURTHER ORDERED** leave to proceed in forma pauperis and a certificate of appealability are **DENIED** because dismissal of the petition is justified by a plain procedural bar and reasonable jurists would not find the ruling debatable, and because Petitioner has not made a substantial showing of the denial of a constitutional right.

Dated this 21st day of October, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge